1

2

3

4   JS 6

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   LUZ RIVERA,                    )   Case No. CV  09-7377 DSF (PJWx)
                                    )
12              Plaintiff,          )
                                    )
13        v.                        )
                                    )
14   INFINITY INSURANCE            )   ORDER REMANDING ACTION TO
     COMPANY and DOES 1-10,        )   SUPERIOR COURT OF CALIFORNIA
15              Defendants.         )
                                    )
16                                  )
                                    )
17   _____ )

18

19

20        The Court having previously issued an Order to Show Cause re Remand to

21   State Court and Defendants not having shown a basis for subject matter jurisdiction,

22

23        IT IS ORDERED AND ADJUDGED that this action be remanded to the

24   Superior Court of California, County of Los Angeles.

25

26   DATE:  12/22/09        _____

27                          DALE S. FISCHER
                            United States District Judge
28